**Fill in this information to identify the case:**

**Debtor 1**  Charles Simmons, III
**Debtor 2**  _____
(Spouse, if filing)
**United States Bankruptcy Court for the:** District of Delaware
                                                           (State)
**Case number**  19-10249-BLS

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

Filing this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1

**Name of creditor:** Quicken Loans Inc.    **Court claim no.** (if known): 7

**Last four digits** of any number you use to identify the debtor's account: 6326

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetiton Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney Fees | Plan Review 2/21/19, Objection 5/28/19 | (3) | $ 650.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | POC 2/21/19 | (5) | $ 250.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. Other. Specify: | | (11) | $ |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**        Page 1

Debtor 1 __Charles Simmons, III__  Case Number *(if known)* __19-10249-BLS__
       First Name    Middle Name    Last Name

| **Part 2:** | **Sign Here** |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ __/s/Christina J. Pross__   Date __June 11, 2009__
  Signature

Print: __Christina J. Pross__   Title __Attorney for Creditor__
    First name    Middle Name    Last name

Company __Mattleman Weinroth & Miller, P.C.__

Address __200 Continental, Ste. 100__
    Number    Street

__Newark, DE 19713__
City    State    Zip Code

Contact phone __(302) 731-8349__   Email: __cpross@mwm-law.com__



**Mattleman, Weinroth & Miller, P.C.**
ATTORNEYS-AT-LAW

401 Route 70 East, Suite 100, Cherry Hill, NJ  08034
Tel: 856-429-5507, Fax: 856-964-0156
www.mwm-law.com

| Invoice Date | Invoice Number |
|---|---|
| 05/28/2019 | 8352 |

Quicken Loans, Inc.
1050 Woodward Avenue
Detroit, MI 48226

RE: Quicken Loans, Inc.
Vs: New Castle County Sewer Department , New Castle County Office of Finance , State of Delaware - Division of Revenue, Charles Simmons
OURFILE: 2905.99471

BILLING SUMMARY:

| FEES | | |
|---|---|---|
| DATE | FEE DESCRIPTION | AMOUNT |
| 03/21/2019 | Objection to Plan | $500.00 |

| TOTALS | |
|---|---|
| DESCRIPTION | AMOUNT |
| Total Fees Since Last Billing | $500.00 |
| **Total Amount Due** | **$500.00** |

Thank you for the opportunity to be of service.



**Mattleman, Weinroth & Miller, P.C.**
ATTORNEYS-AT-LAW

401 Route 70 East, Suite 100, Cherry Hill, NJ 08034
Tel: 856-429-5507, Fax: 856-964-0156
www.mwm-law.com

| Invoice Date | Invoice Number |
|---|---|
| 02/21/2019 | 7076 |

Quicken Loans, Inc.
1050 Woodward Avenue
Detroit, MI 48226

RE: Quicken Loans, Inc.
Vs: New Castle County Sewer Department , New Castle County Office of Finance , State of Delaware - Dir. of Revenue , Charles Simmons
OURFILE: 2905.99471

BILLING SUMMARY:

| FEES | | |
|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **AMOUNT** |
| 02/20/2019 | Proof of Claim and Plan Review | $650.00 |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Fees Since Last Billing | $650.00 |
| **Total Amount Due** | **$650.00** |

Thank you for the opportunity to be of service.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>CHARLES SIMMONS, III<br><br>              Debtors | CASE NO. 19-10249 BLS<br><br>CHAPTER 13 |

**CERTIFICATE OF SERVICE OF NOTICE OF PAYMENT CHANGE**

      I, Christina J. Pross, hereby certify that on June 11, 2019, true and correct copies of the foregoing Notice of Post-Petition Fees and Expenses were served upon the parties listed below in the manner stated:

| | |
|---|---|
| BY US MAIL<br>**Charles Simmons, III**<br>11 E Sussex Place<br>New Castle, DE 19720<br>*Debtors*<br><br>BY US MAIL & ECF<br>**Mark M. Billion**<br>Billion Law<br>922 New Road, 2nd Floor<br>Wilmington, DE 19805<br>*Attorneys for Debtors* | BY US MAIL & ECF<br>Michael B. Joseph<br>824 Market Street<br>P.O. Box 1351<br>Wilmington DE  19899-1351<br>*Chapter 13 Trustee*<br><br>BY US MAIL<br>United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE  19899-0035<br>*U.S. Trustee* |

                                                  Respectfully submitted,

Dated:  June 11, 2019              */s/ Christina J. Pross*
                                                Mattleman Weinroth & Miller, PC
                                                200 Continental Drive, Suite 215
                                                Newark, DE  19713
                                                (302) 731-8349
                                                (302) 731-8753 (facsimile)